**FILED- MQ**

September 2, 2022 9:46 AM

Clerk of Cout
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____slk_____ / ___ 9-2-22

Dear Clerk,

**1:22-cv-806**

Robert J. Jonker, U.S. District Court Judge
Sally J. Berens, Magistrate Judge

Now comes the plaintiff
Amun Atsu Bey Moorish national
private American christian name
is Tommie Ray of the Harris family
in this new action.

a. Plaintiff's Complaint and
Demand for filing:
1) 42 USCA § 1983 Civil action
for deprevation of rights &
Michigan state Uniform law
MCLA. 750. 349b Unlawful Imprisonment
MCLA 600. 2907 Malicious Prosecution
MCLA 750. 349 Kidnapping
MCLA 750. 422 Perjury Committed in Courts

Defendents in Claim
Shawnte Lee Wright
Christopher Becker (District Attorney)
Sparta Police Dept & Sgt. Cook
Kent County Correctional Center

On 4-20-22 I Amuun Atsue Bey
was arrested under the
assumed name TOMMIE RAY HARRIS III
Shawnte Lee Wright knowingly
made false statements to local
Sherrifs & Police giving them
a false name so I could be
arrested and charged. Upon
the arrest, Sparta police took
my wallet and searched it and
found my identification and
disregarded it. I have been
restrained, falsely imprisoned,
Kidnapped & violated by the
State of michigan District
Attornies office Sparta Police
Dept. and Shawnte Lee Wright
Knowingly & willingly falsified
charges committed perjury and
aduse of authority and
Suppression of evidence of
my wallet and national identification
to prove my identity.

Complaint is being filed for
the ongoing injury and
claim of two hundred fifty
thousand dollars ($250,000)
a day, for Shawnte Lee
Wright false information perjury
upon the witness stand.
Sgt. Cook of the Sparta Police
Department & Sparta Police
Dept. perjury on the witness
stand and supression of
evidence to clear my name,
District Attornies office knowingly
& willingly committing perjury
in court and false charges

I swear under penalty of perjury
that the Statements are true and
correct to the best of my Knowledge

Amun Atsu Bey (National)
Tommie Ray: Harris Authorized Rep.

Amun Atsu Bey
Tommie Ray: Harris Secured P
Kent County Correctional Facilit
703 Ball Ave N.E.
Grand Rapids, MI 49503

This mail originates
from the
Kent County Correctional Facility

Office of t

United States

330 Federal B

202 W. Wa

P.O. Box 6

Marquet



rty Creditor

Grand Rapids, Michigan

This mail originates
from the
Kent County Correctional Facility

he Clerk

District Court

ldg.

shington

98

c, MI 49855